# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: EuCyt Laboratories, LLC | ) | Chapter: 7 |
| | ) | |
| Debtor, | ) | Case No.: 20-13181 (LSS) |
| | ) | |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aaron Coats, Travis H. Bird, | ) | Adv. Pro. No. 22-50512 (LSS) |
| AVEM Holdings, LLC, a Delaware limited | ) | |
| liability company nka AVEM Healthcare, | ) | |
| LLC, AVEM Biopharmaceuticals, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| AVEM Labs, LLC d/b/a AVEM | ) | |
| Laboratories, LLC, a Nevada limited | ) | |
| liability company, AVEM Diagnostics, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| AVEM Medical, LLC f/k/a MediSource | ) | |
| Partners, LLC, a Texas limited liability | ) | |
| company and the John Doe Entities, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> R. Grant Dick IV
> Cooch and Taylor, P.A.
> The Nemours Building
> 1007 N. Orange Street, Suite 1120
> Wilmington, DE 19899-1680

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> February 16, 2023 at 9:30 (ET)
> UNITED STATES BANKRUPTCY COURT,
> 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 6,
> WILMINGTON, DE 19801

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: December 22, 2022