# CERTIFICATE OF SERVICE

I, R. Grant Dick, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>December 22, 2022</u> by:

                                               (date)

[XX] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Harvard Business Services, Inc.<br>Registered Agent for<br>AVEM Biopharmaceuticals, LLC<br>16192 Coastal Hwy<br>Lewes, DE 19958 | Aaron Coats<br>2300 Valley View Lane, Suite 550<br>Irving, TX 75062 |
| Harvard Business Services, Inc.<br>Registered Agent for AVEM Diagnostics, LLC<br>16192 Coastal Hwy<br>Lewes, DE 19958 | Aaron Coats<br>Registered Agent for<br>AVEM Medical, LLC<br>f/k/a Medisource Partners, LLC<br>2300 Valley View Lane, Ste 550<br>Irving, TX 75062-5059 |
| Harvard Business Services, Inc.<br>Registered Agent for AVEM Healthcare, LLC<br>f/k/a AVEM Holdings, LLC<br>16192 Coastal Hwy<br>Lewes, DE 19958 | Davor Rukavina, Esq.<br>Counsel for Travis H. Bird and AVEM Holdings, LLC<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, Texas 75201-6659 |
| Registered Agents Inc.<br>Registered Agent for AVEM Labs, LLC<br>401 Ryland St., Suite 200-A<br>Reno, NV 89502 | Travis H. Bird<br>1505 Federal Street, Ste 300<br>Dallas, TX 75201 |
| | Travis H. Bird<br>5670 Wynn Road, Suite D<br>Las Vegas, NV 89118 |

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/22/22_____                    _____/s/ R. Grant Dick IV_____
      Date                                                                        Signature

                                            R. Grant Dick IV
                                            Cooch and Taylor, P.A.
                                            The Nemours Building
                                            1007 N. Orange Street, Suite 1120
                                            P.O. Box 1680
                                            Wilmington, DE 19899-1680

00647870