# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EuCyt Laboratories, LLC, | ) | Case No. 20-13181 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JEOFFREY L. BURTCH, Chapter 7 Trustee for the Estate of EuCyt Laboratories, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 22-50512 (LSS) |
| | ) | |
| AARON COATS; TRAVIS H. BIRD; AVEM HOLDINGS, LLC; AVEM BIOPHARMACEUTICALS, LLC, AVEM LABS, LLC; AVEM DIAGNOSTICS, LLC; AVEM MEDICAL, LLC; and the JOHN DOE ENTITIES, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above adversary proceeding, the following schedule shall apply;

**IT IS HEREBY ORDERED** that:

1. The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, is hereby waived.

2. The parties shall provide the initial disclosures under Fed.R.Civ.P. 26(a)(1) no later than thirty (30) days after the conclusion of the Mediation as set forth herein. Any extension of the deadline to provide initial disclosures may be granted by agreement of the parties or by Order of the Court upon good cause shown.

3. Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding by June 20, 2023.

4. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

5. All fact discovery shall be completed by December 31, 2023.

6. The parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the Debtor, by December 28, 2023. Any expert report by Plaintiff on the insolvency of the Debtors, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by January 26, 2024. Defendant shall provide any expert report intended to rebut any report on insolvency by Plaintiff by February 28, 2024. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, by March 15, 2024.

7. All dispositive motions shall be filed and served by April 15, 2024 and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

8. The parties shall file, no later than three (3) business days prior to the earlier of date set for (i) pretrial conference (if one is scheduled) or (ii) trial, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Silverstein's chambers.

9. The Order Assigning the Adversary Proceeding to Mediation shall set the adversary proceeding for trial two hundred and forty (240) days after the entry of the aforementioned Order, or as soon thereafter as the Court's calendar permits. The Court may, in its discretion, schedule a pre-trial conference in lieu of or in addition to the trial.

10. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

11. The initial pretrial conference scheduled for April 13, 2023 at 9:30 a.m. (EST) shall be deemed waived. Thereafter, except as otherwise ordered by the Court, the pretrial conference shall be adjourned to quarterly status conferences to be held on omnibus hearing dates provided by the Court.

12. Deadlines contained in this Scheduling Order may be extended by agreement of the parties with notice to the Court or by the Court upon good cause shown.

13. Nothing herein shall act as an adjudication or denial of the Defendants demand for a jury trial.

14. The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

Dated: April 11th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE