# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| EuCyt Laboratories, LLC, | ) Case No. 20-13181 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| JEOFFREY L. BURTCH, Chapter 7 Trustee for the Estate of EuCyt Laboratories, LLC, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 22-50512 (LSS) |
| | ) |
| AARON COATS; TRAVIS H. BIRD; AVEM HOLDINGS, LLC; AVEM BIOPHARMACEUTICALS, LLC, AVEM LABS, LLC; AVEM DIAGNOSTICS, LLC; AVEM MEDICAL, LLC; and the JOHN DOE ENTITIES, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

I, R. Grant Dick, IV, Esquire certify that on September 6, 2023, I caused true and correct copies of the *Chapter 7 Trustee's First Set of Interrogatories Directed to AVEM Defendants* and *Chapter 7 Trustee's First Set of Requests for Production of Documents Directed to AVEM Defendants* pursuant to Federal Rule of Civil Procedure (26)(a)(1) to be served as indicated upon the parties listed below:

**Via Hand Delivery and Email**
Michael J. Joyce
JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

| | |
|---|---|
| **Dated:** September 6, 2023 | **COOCH AND TAYLOR, P.A.**<br><br>/s/ *R. Grant Dick IV*<br>R. Grant Dick IV (No. 5123)<br>The Brandywine Building<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Phone: 302-984-3867<br>Facsimile: 302-984-3939<br>gdick@coochtaylor.com<br><br>*Special Counsel for Jeoffrey L. Burtch*<br>*Chapter 7 Trustee for EuCyt Laboratories, LLC* |